# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 16-cv-21502-Lenard/Goodman

ALEJANDRO AGUSTIN AMODEI, and all )
others similarly situated under 29 U.S.C. )
216(b), )
)
)
Plaintiffs, )
vs. )
)
)
FLORIDA BEAUTY EXPRESS, INC., and )
RALPH MILMAN, )
)
)
Defendants. )
)

## SUMMONS IN A CIVIL ACTION

To:
FLORIDA BEAUTY EXPRESS, INC.
c/o Registered Agent, JW Taylor, Esq.
20 3rd St SW, Ste 209
Winter Haven, FL 33880

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Apr 28, 2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 16-cv-21502-Lenard/Goodman

ALEJANDRO AGUSTIN AMODEI, and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,

vs.

FLORIDA BEAUTY EXPRESS, INC., and RALPH MILMAN,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

To:
RALPH MILMAN
3400 NW 74th Ave, Unit 1
Miami, FL 33122

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        J.H. Zidell, Esq.
        J.H. Zidell P.A.
        300 71ST Street, Suite 605
        Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Apr 28, 2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts